UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:22-cv-00831-CEM-DAB

FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

FENTRESS BUSINESS CENTER, LLC; COTTON ENTERPRISES, LLC; REBECA CASH and her husband CHRISTOPHER BOLING; DAWN BURTON; MAUREEN WEBB; SHENIKA DAVIS; and SCCY INDUSTRIES, LLC,

    Defendants.
_____/

**FOREMOST'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST DEFENDANT, SCCY INDUSTRIES, LLC**

Plaintiff, Foremost Property and Casualty Insurance Company ("Foremost"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 55(b), and Local Rule 3.01 for the United States District Court for the Middle District of Florida, hereby moves this Honorable Court for the entry of a Default Final Judgment against Defendant, SCCY INDUSTRIES, LLC ("SCCY"), and in support, states the following:

    1.    Foremost commenced this action for declaratory judgment on May 3,

CASE NO. 6:22-cv-00831-CEM-DAB

2022. [ECF No. 1].

2. SCCY, a party in the underlying action with a potential interest in the outcome of this case, was served with the summons and complaint on May 26, 2022. [ECF No. 19]. No relief was being sought directly from SCCY or on SCCY's behalf.

3. Following service of process, SCCY failed to appear in this action or file any responsive pleadings, motions pursuant to Fed. R. Civ. P. 12(b), or any other papers whatsoever.

4. Foremost requested that the Clerk for the United States District Court for the Middle District of Florida enter a default against SCCY pursuant to Fed. R. Civ. P. 55(a) on June 9, 2022. [ECF No. 27].

5. The Clerk entered a Default as to SCCY on June 10, 2022. [ECF No. 29].

6. To date, SCCY has still not appeared in this action, reached out to Foremost, or otherwise sought to set aside the Default.

**WHEREFORE**, Plaintiff, FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY, respectfully requests that this Honorable Court enter a Default Final Judgment against Defendant, SCCY INDUSTRIES, LLC, and for such other relief that this Court deems just and proper.

CASE NO. 6:22-cv-00831-CEM-DAB

Dated: January 13, 2023
West Palm Beach, Florida

Respectfully Submitted,

By: */s/ Dustin C. Blumenthal*
Dustin C. Blumenthal, Esq.
Florida Bar No. 083799
E-mail: dblumenthal@goldbergsegalla.com

**GOLDBERG SEGALLA LLP**
500 S. Australian Avenue, Suite 1000
West Palm Beach, Florida 33401
Tel: (561) 618-4485
Fax: (561) 618-4549

*Counsel to Foremost Property and Casualty Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was filed with the Clerk's Case Management/Electronic Case Filing (CM/ECF), which will serve a copy of the foregoing document on all counsel or parties of record on **January 13, 2023.**

By: */s/ Dustin C. Blumenthal*
Dustin C. Blumenthal, Esq.