UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:22-cv-00831-CEM-DAB

FOREMOST      PROPERTY      AND
CASUALTY INSURANCE COMPANY,

        Plaintiff,

v.

FENTRESS BUSINESS CENTER, LLC;
COTTON ENTERPRISES, LLC; REBECA
CASH and her husband CHRISTOPHER
BOLING; DAWN BURTON; MAUREEN
WEBB; SHENIKA DAVIS; and SCCY
INDUSTRIES, LLC,

        Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Foremost Property and Casualty Insurance Company ("Foremost"), by and through its undersigned counsel, and pursuant to M.D. Local Rules 3.09(a) and the Court's June 28, 2022 Case Management and Scheduling Order [ECF No. 35], hereby informs the Court that all claims and causes of action in this matter have been resolved.

Foremost requests that the Court keep this case open for an additional thirty (30) days from the date of this Notice for the parties to prepare the appropriate settlement agreement(s) and release(s) and stipulation of dismissal documents.

CASE NO. 6:22-cv-00831-CEM-DAB

Dated:      February 2, 2023
            West Palm Beach, Florida

                    Respectfully submitted,


            By:    */s/ Dustin C. Blumenthal*
                   Dustin C. Blumenthal, Esq.
                   Florida Bar No. 083799
                   E-mail: dblumenthal@goldbergsegalla.com

                   **GOLDBERG SEGALLA LLP**
                   500 S. Australian Ave., Suite 1000
                   West Palm Beach, Florida 33401
                   Tel:   (561) 618-4485
                   Fax:   (561) 618-4549

                   *Counsel to Foremost Property and Casualty Insurance Company*

CASE NO. 6:22-cv-00831-CEM-DAB

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was filed with the Clerk's Case Management/Electronic Case Filing (CM/ECF), which will serve a copy of the foregoing document on all counsel or parties of record on **February 2, 2023.**

By:  */s/ Dustin C. Blumenthal*
Dustin C. Blumenthal, Esq.