UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FOREMOST PROPERTY AND
CASUALTY INSURANCE
COMPANY,**

    **Plaintiff,**

**v.**             **Case No.  6:22-cv-831-CEM-DAB**

**FENTRESS BUSINESS CENTER,
LLC, COTTON ENTERPRISES,
LLC, REBECA CASH,
CHRISTOPHER BOLING, DAWN
BURTON, MAUREEN WEBB,
SHENIKA DAVIS, and SCCY
INDUSTRIES, LLC,**

    **Defendants.**

_____/

## ORDER

THIS CAUSE is before the Court on the Notice of Settlement (Doc. 52), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). All pending motions are **DENIED as moot**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 27, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record